ORAL ARGUMENT NOT YET SCHEDULED

No. 25-5254

# UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

AMICA CENTER FOR IMMIGRANT RIGHTS, *et al*,

*Plaintiffs-Appellants*,

v.

U.S. DEPARTMENT OF JUSTICE, *et. al*,

*Defendants-Appellees*.

_____

On Appeal from the United States District Court
for the District of Columbia, No. 1:25-CV-00298-RDM
Before the Honorable Randolph D. Moss

## STATEMENT OF INTENT TO UTILIZE DEFERRED JOINT APPENDIX

Pursuant to the Court's Order of July 16, 2025, Rule 30(c) of the Federal Rules of Appellate Procedure, and Circuit Rule 30(c), Plaintiffs-Appellants hereby state that they do not intend to utilize a deferred joint appendix, and will instead file an appendix under Circuit Rule 30(a).

Date: August 4, 2025

Respectfully submitted,

*/s/ Laura M. Sturges*
GIBSON, DUNN & CRUTCHER LLP

Laura M. Sturges (C.O. Bar No. 36843)*
1900 Lawrence St., Suite 3000
Denver, CO 80202-2642
(303) 298-5700
lsturges@gibsondunn.com

Amer S. Ahmed (D.C. Bar No. 500630)
Richard W. Mark (D.D.C. Bar No. NY0378)
200 Park Avenue
New York, NY 10166-0193
(212) 351-2427
aahmed@gibsondunn.com
rmark@gibsondunn.com

* admitted pro hac vice

*Attorneys for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 4, 2025, I electronically filed the foregoing Statement of Intent to Utilize Deferred Joint Appendix with the Clerk for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Date: August 4, 2025

Respectfully submitted,

*/s/ Laura M. Sturges*
Laura M. Sturges
GIBSON, DUNN & CRUTCHER LLP

*Counsel for Plaintiffs-Appellants*