ORAL ARGUMENT NOT YET SCHEDULED

## No. 25-5254

# UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

—————————

AMICA CENTER FOR IMMIGRANT RIGHTS, *et al*,

*Plaintiffs-Appellants*,

v.

U.S. DEPARTMENT OF JUSTICE, *et. al*,

*Defendants-Appellees*.

—————————

On Appeal from the United States District Court
for the District of Columbia, No. 1:25-CV-00298-RDM
Before the Honorable Randolph D. Moss

## PLAINTIFFS-APPELLANTS' NON-BINDING STATEMENT OF ISSUES TO BE RAISED

Pursuant to Rule 10(b)(3) of the Federal Rules of Appellate Procedure and this Court's Order of July 16, 2025, Plaintiffs-Appellants submit the following Statement of the Issues to Be Raised in this Appeal:

1.     In dismissing Providers' claims, did the district court err in relying on extra-record, contradictory, and disputed declarations that the

Government offered to retroactively justify its termination of the Orientation and Custodians Programs?

2.     Did the district court err when it held Providers lacked standing to challenge the termination of the Orientation and Custodians Programs?

3.     Did the district court err in holding that 28 U.S.C. § 1491(b) bars Providers' claims as to termination of the Orientation and Custodians Programs?

4.     Did the district court err in holding that the decision to terminate the Helpdesk Program was immune from judicial review?

Date: August 4, 2025

Respectfully submitted,

*/s/ Laura M. Sturges*
GIBSON, DUNN & CRUTCHER LLP

Laura M. Sturges (C.O. Bar No. 36843)*
1900 Lawrence St., Suite 3000
Denver, CO 80202-2642
(303) 298-5700
lsturges@gibsondunn.com

Amer S. Ahmed (D.C. Bar No. 500630)
Richard W. Mark (D.D.C. Bar No. NY0378)
200 Park Avenue
New York, NY 10166-0193
(212) 351-2427
aahmed@gibsondunn.com
rmark@gibsondunn.com

* admitted pro hac vice

*Attorneys for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 4, 2025, I electronically filed the foregoing Plaintiffs-Appellants' Non-Binding Statement of Issues to be Raised with the Clerk for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Date:  August 4, 2025

Respectfully submitted,

*/s/ Laura M. Sturges*
Laura M. Sturges
GIBSON, DUNN & CRUTCHER LLP

*Counsel for Plaintiffs-Appellants*