[ORAL ARGUMENT NOT SCHEDULED]

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, et al.,<br><br>               Plaintiffs-Appellants,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>               Defendants-Appellees. | No. 25-5254 |

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to D.C. Circuit Rule 28(a)(1), the undersigned counsel certifies as follows:

**A.    Parties and Amici**

Plaintiffs-appellants are Amica Center for Immigrant Rights, American Gateways, Estrella Del Paso, Florence Immigrant & Refugee Rights Project, Immigration Services and Legal Advocacy, National Immigrant Justice Center, Northwest Immigrant Rights Project, Pennsylvania Immigration Resource Center, Rocky Mountain Immigrant

Advocacy Network, Immigration Center for Women and Children, American
Bar Association, and Charlotte Center for Legal Advocacy.

Defendants-appellees are United States Department of Justice;
Executive Office for Immigration Review; United States Department of
Homeland Security; Sirce E. Owen, in her official capacity as Acting Director
of the Executive Office for Immigration Review; Kristi Noem, in her official
capacity as Secretary of Homeland Security, Department of Homeland
Security; and Pamela J. Bondi, in her official capacity as Attorney General of
the United States.

Amici in district court were Harris County, Texas, and a group of
"Former Immigration Judges & Former Members of the Board of
Immigration Appeals" composed of the following individuals: Steven
Abrams; Terry A. Bain; Sarah M. Burr; Jeffrey S. Chase; George T. Chew;
Joan V. Churchill; Lisa Dornell; Bruce J. Einhorn; Cecelia M. Espenoza;
Noel A. Ferris; James R. Fujimoto; Annie S. Garcy; Gilbert Gembacz; Jennie
Giambastiani; Alberto E. Gonzalez; John F. Gossart, Jr.; Paul Grussendorf;
Miriam Hayward; Sandy Hom; Charles M. Honeyman; Rebecca Jamil;
William P. Joyce; Edward F. Kelly; Carol King; Eliza C. Klein; Christopher
M. Kozoll; Elizabeth A. Lamb; Dana Leigh Marks; Margaret McManus;

2

Steven Morley; Robin Paulino; Charles Pazar; George Proctor; Laura L.
Ramirez; Lory D. Rosenberg; Susan G. Roy; Paul W. Schmidt; Patricia M. B.
Sheppard; Helen Sichel; Denise Slavin; Andrea Hawkins Sloan; A. Ashley
Tabaddor; Robert D. Vinikoor; Polly A. Webber; Robert D. Weisel; and Mimi
Yam.

No amici have appeared in this Court as of the date of this filing.

## B.    Rulings Under Review

The rulings under review are the opinion and order entered in *Amica
Center for Immigrant Rights v. U.S. Department of Justice*, No. 1:25-cv-298
(D.D.C.) (Dkt. Nos. 83 and 84), by the Honorable Randolph D. Moss on July
6, 2025. The district court's opinion is not published but is available at 2025
WL 1852762.

## C.    Related Cases

This case was not previously before this Court. Related issues are
pending before this Court in *Vera Institute of Justice v. U.S. Department of
Justice*, No. 25-5248 (D.C. Cir.), in which this Court has set an expedited
briefing schedule similar to the schedule entered in this case.

Respectfully submitted,

DANIEL TENNY

*/s/ Sean R. Janda*

SEAN R. JANDA
BRIAN J. SPRINGER
(202) 514-3388
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Washington, D.C. 20530

AUGUST 2025

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2025, I filed and served the

foregoing with the Clerk of the Court by using the appellate CM/ECF

system.  I also hereby certify that the participants in the case are registered

CM/ECF users and will be served via the CM/ECF system.

/s/ *Sean R. Janda*
Sean R. Janda