**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7260
Washington, DC 20530

Tel: (202) 514-3388

August 19, 2025

VIA CM/ECF

Clifton Cislak, Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue, NW
Washington, DC 20001

RE: *Vera Institute for Justice v. U.S. Department of Justice*, No. 25-5248 (scheduled for argument October 21, 2025); *Amica Center for Immigrant Rights v. U.S. Department of Justice*, No. 25-5254 (scheduled for argument October 14, 2025)

Dear Mr. Cislak:

I write regarding the above-referenced appeals. These appeals present related issues regarding district court jurisdiction over claims challenging the termination of government contracts and the scope of any judicial review under the APA of such terminations. The appeals are proceeding on similar expedited briefing schedules, and the Court has now calendared the appeals for argument on October 14 (*Amica Center*) and October 21 (*Vera Institute*). Given the overlapping nature of the issues raised, the Court may wish to consider rearranging the arguments so that the appeals may be considered by the same panel or, in the alternative, the assigned panels may wish to coordinate their review.

Sincerely,

*/s/ Sean R. Janda*
Sean R. Janda