GIBSON DUNN

Laura Sturges
Of Counsel
T: +1 303.298.5929
M: +1 720.404.4199
lsturges@gibsondunn.com

August 25, 2025

VIA CM/ECF

Clifton Cislak
Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue, NW
Washington, D.C. 20001

Re: *Amica Center for Immigrant Rights v. U.S. Department of Justice*, No. 25-5254 (scheduled for oral argument October 14, 2025) – Response to Appellees' August 19, 2025 Letter

Dear Mr. Cislak:

We write in response to counsel for the Defendant-Appellant's letter dated August 19, 2025, filed with respect to our appeal, *Amica Center for Immigrant Rights v. U.S. Department of Justice*, No. 25-5254. Although we share opposing counsel's interest in any efficiency or coordination decisions the Court would like to take, we disagree with opposing counsel's characterization of the appeal in *Vera Institute for Justice v. U.S. Department of Justice*, No. 25-5248, as "related" or "overlapping."

We take no position on how the Court may wish to assign or schedule its panels, but because opposing counsel's letter was a surprise to us, we file this letter as to our disagreement that our appeal and the *Vera Institute* appeal are "related" or "overlapping."

Sincerely,

GIBSON, DUNN & CRUTCHER LLP

*/s/ Laura M. Sturges*
Laura M. Sturges

CC: All Counsel of Record (via CM-ECF)